AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JOHN DIXON<br><br>Defendant(s) | )<br>)<br>) Case No.<br>) 8:19MJ2057-T-SPF<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2018 through January 29, 2019__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Production of child pornography |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

DGT.
_Complainant's signature_

Dane Tewmey, Detective/Special Deputy
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 8/7/2019

_Judge's signature_

City and state: Tampa, Florida          SEAN P. FLYNN, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## A. INTRODUCTION

I, Dane Tewmey, being duly sworn, do hereby depose and state:

1. I am currently a Detective with the Hillsborough County Sheriff's Office (HCSO), and have been employed by the HCSO since 2009. I have been assigned to the FBI as a TFO in the Internet Crimes Against Children (ICAC) Task Force. In connection with my official duties as a TFO, I investigate criminal violations of federal laws related to 18 U.S.C. §§ 2422, 2251, 2252 and 2252A, which criminalize the use of a facility of interstate/foreign commerce to attempt to knowingly persuade, induce, entice, and coerce a person who has not yet attained the age of 18 to engage in sexual activity for which any person can be charged with a criminal offense, and the production, possession, receipt, and transmission of child pornography, respectively. I have attended 24 hours of training at the 2018 National Law Enforcement Training on Child Exploitation in June 2018, and I have conducted multiple investigations, search warrants and arrests for these investigations, particularly involving the possession of child pornography.

2. This affidavit is submitted in support of a criminal complaint and the statements in this affidavit are based on information obtained during my investigation of this matter. I have not included each and every fact known to me concerning the matter, however, it includes only the facts sufficient to establish probable cause that John Dixon (DIXON) has produced and attempted to produce child pornography in violation of 18 U.S.C. § 2251(a) and (e). As set forth in more

more detail below, there is probable cause that between in or around January 2018, through and including in or around January 2019, DIXON, through the use of facilities or means of interstate or foreign commerce, did knowingly employ, use, persuade, induce, entice, or coerce a five year old female (V1) and three year old female victim (V2), who had not attained the age of 18 years of age, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct for the purpose of transmitting a live visual depiction of such conduct.

### B. PROBABLE CAUSE
### Initial Investigation

3.  On or about January 28, 2019, I received a cybertip from the National Center for Missing and Exploited Children (NCMEC). NCMEC received information on or about January 26, 2019 from Google stating that an unknown suspect uploaded approximately 32 images of child pornography to a cloud storage account. The account that uploaded the images was named "John Dixon," with a phone number 813-XXX-0957, and email address GeeWizzJ@gmail.com. The upload IP addresses were as follows:

- 2607:fb90:6b07:1cb8:a409:6223:c936:59a3 on January 17, 2019
- 208.91.66.115 on October 25, 2018
- 65.35.49.221 on January 7, 2019
- 65.35.52.80 on November 18, 2018

Of the images uploaded, approximately six (6) were reported by NCMEC as unfamiliar and possibly homemade. NCMEC also provided GPS metadata for the images which included time stamps of October 24, 2018 and November 17, 2018,

2

and coordinates that geo-located to 11117 Newbridge Drive, Riverview, Florida 33579.

4. On or about January 28, 2019, I reviewed the six images and observed a young female juvenile that appeared to be between the ages of five and eight years old (V1). In two of the images, V1 was completely unclothed standing on a bed with legs spread, using her hands to spread and expose her vagina. In a third image, V1 was clothed and laying on her back on a bed with her legs spread, while pulling her panties down to expose her vagina. In the remaining three images, there are two female juveniles (V1 and V2). V1 is sitting on a bed while using her hands to spread the unclothed buttocks and vagina of V2.[1]

5. The remaining 26 images were from two different known series from the website "Little Virgins." These images depict unknown minor females between the ages of eight and 14 posing in an outdoor wooded area. The minor females are unclothed and in three of the images, the females are in unnatural poses exposing their vaginas in a lewd or lascivious manner. The remaining images are child erotica.

6. On or about January 28, 2019, a subpoena was sent to Charter Communications and Frontier Communications for subscriber information related to the multiple upload IP addresses listed in the cybertip as well as the login IP

---

[1] The faces of V1 and V2 are not visible in the last three images described above, however I believe all six images were taken in the same room and are all images of V1 and V2, based on the visible surroundings in each image.

addresses. A representative of Charter Communications responded with the following information:

> IP Addresses: 65.35.49.221, 65.35.52.80, 65.35.56.88, and 70. 126.14.57
> Subscriber: M.R.
> Subscriber Address: 11117 Newbridge Dr. Riverview, FL 3357

7. A representative of Frontier Communications responded with the following information:

> IP Addresses: 47.196.48.196
> Subscriber: M.R.
> Subscriber Address: 11117 Newbridge Dr. Riverview, FL 33579

8. An address history search in multiple law enforcement databases (HCSO report/call history, Driver and Vehicle Information Database, Tampa Electric Company) revealed that DIXON, M.R., and J.H. were residing at the above address. HCSO resources further revealed that two female children approximately the same age as V1 and V2 were also residing at that address.

9. On or about January 29, 2019, HCSO investigators conducted stationary surveillance on the residence and observed M.R. leave the house with a female minor that appeared to be the age of V1. Later in the morning, officers observed M.R. leave the residence again with another female minor that appeared to be the age of V2. Later that same day, DIXON walked out of the residence to get the mail and take out the trash.

## Execution of State Search Warrant

10. On or about January 29, 2019, HCSO deputies executed a residential search warrant at 11117 Newbridge Drive, Riverview, Florida 33579 (DIXON's residence) and seized multiple electronic devices, including the following:

- LG cell phone, Model: LGMS330, SN: LGMS33034F761DD (DIXON's personal cellular phone, also found on his person at the time of the search warrant)

- Seagate 1TB HDD, Model: SRD00F1, SN: NA96YSQ5

- Hitachi 320GB HDD, Model: 0F16113, SN: JR0SURHS

- Western Digital 40GB HDD, Model: WD400BD, SN: WMAMA8937523

- HP Ellitebook (SN: LNU3149X75) with a Toshiba 320GB HDD, Model: MK3261GSYN, SN: 33PZTFW4T

11. An on-site preview of the seized electronic devices revealed in excess of 100 images of child pornography. The images were separated by series in several separate files on one of the devices. I observed multiple images of female children between eight and 12 years old, posing partially or fully nude displaying their genital area in a lewd or lascivious manner.

12. Also located on these devices were the videos and images of V1 and V2, originally reported in the cybertip. During the execution of the search warrant, I observed that the bed and sheets in DIXON's bedroom matched the bed and sheets in the pornographic images and videos of V1 and V2.

13. Following the execution of the search warrant, DIXON was arrested and charged by HCSO with 100 counts of possession of child pornography and five counts of production of harmful material using a minor.

### Interview of DIXON

14. On or about January 29, 2019, in a post-*Miranda* audio recorded interview, DIXON made several statements regarding the images of V1 and V2, and ownership of the electronic devices on which those images were found.

15. When I showed DIXON a sanitized image from one of the pornographic videos depicting V1, DIXON made the following statements:

- "Oh, that's [nickname of V1]."
- "That's my bed."
- "It was taken here."
- "I think I took it."

16. During the interview, I also described the image depicting V1 spreading the buttocks of V2. DIXON remembered the image of V1 and V2 on the bed, stating the following:

- "Oh yeah, [V1] gonna kiss [V2]'s butt."
- "They were wrestling, and she says, oh, [V2] says kiss my butt."

17. When I asked DIXON why he would take a picture of V1 and V2 in this position, DIXON stated the following:

- "Because it was there"

6

- "They were for posterity"
- "I'm all by myself. I don't trade, I don't even talk to anyone about anything"
- "It's family pictures"
- "[V1] knows down inside what she does is wrong"

18. When asked if M.R. and J.H. use his electronic devices, DIXON stated, "No, they haven't used mine in a long time. [M.R] comes and uses the XP to look something up and leaves." He further stated he has seen M.R. use his computer "once or twice. She don't normally come in here for any great length of time."

### Interview of V1

19. On or about January 29, 2019, HCSO officers interviewed V1 at her elementary school. V1 identified herself and V2 in a sanitized image taken from the cybertip. V1 did not make any disclosures of sexual abuse, but did confirm that DIXON took the images. The victims' ages[2] were confirmed verbally by M.R., J.H. and law enforcement databases during the initial investigation.

### Forensic Analysis Reports of the Seized Electronic Devices

20. On or about March 1, 2019, I reviewed the results of the forensic analysis performed on the electronic devices seized from DIXON's residence.

21. The LG cell phone, Model: LGMS330, SN: LGMS33034F761DD, manufactured in the Philippines, contained approximately 30 images (mostly

---

[2] V1 is approximately 6 years old. V2 is approximately 4 years old.

7

thumbnail and image previews) and one video depicting child pornography. There were images that matched those contained within the cybertip on this device. Multiple images and videos depicted V1 and V2.

- One video is approximately 33 seconds. It shows V2 bent over on top of DIXON's bed with her underwear pulled down below her buttocks, but her face is not in view of the camera. V1 is spreading the buttocks of V2 with her hands exposing V2's anus. DIXON can be heard in the background talking inaudibly. V1 can be heard laughing and the focus of the video is on V2's buttocks and vaginal area.

22. The Seagate 1TB HDD, Model: SRD00F1, SN: NA96YSQ5, manufactured in Malaysia, contained approximately 4,619 images of child pornography and 53 videos of child pornography.

23. The Hitachi 320GB HDD, Model: 0F16113, SN: JR0SURHS, manufactured in China, contained approximately 1,735 images of child pornography and seven videos of child pornography.

24. The Western Digital 40GB HDD, Model: WD400BD, SN: WMAMA8937523, manufactured in Thailand, contained approximately 20 images of child pornography and 2 videos of child pornography depicting V1. One of the videos of V1 is described as follows:

- One video is approximately 3 minutes and 12 seconds. It shows V1 dancing naked and exposing herself in a lewd or lascivious manner in front of a webcam in DIXON's bedroom[3]. DIXON is in the bedroom but off camera. V1 faces the camera while exposing her unclothed body. DIXON can be heard in the background telling V1 to "Go put some clothes on." V1 begins posing naked and exposing

---

[3] Based on V1's interaction with the webcam, I believe she knows the camera is recording her.

8

    her vaginal area to DIXON at which point multiple camera flashes go off.[4]

- One video is approximately 1 minute and 24 seconds. It shows V1 pulling her underwear down to expose her vaginal area and buttocks in a lewd or lascivious manner, while laying on DIXON's bed.[5] DIXON can be heard asking "Can I take your picture?"

25.  The HP Ellitebook (SN: LNU3149X75) with a Toshiba 320GB HDD, Model: MK3261GSYN, SN: 33PZTFW4T, manufactured in China, contained approximately 188 images of child pornography, most of which were of V1 and V2 posing in a lewd or lascivious manner. Additionally, there were approximately 46 videos depicting child pornography. Some of these videos contained depictions of sadomasochistic abuse and sexual batteries of multiple unknown female children.

---

[4] The camera flashes are coming from the same area of the room where DIXON is located off camera. I believe the camera flashes are DIXON taking photos of V1 as she dances for the webcam.

[5] I believe DIXON is the person recording the video.

## C. CONCLUSION

26. Based on the foregoing facts, your affiant submits probable cause exists that from at least in or around October 2018, through and including January 2019, John Dixon produced and attempted to produce child pornography, in violation of 18 U.S.C. § 2251(a) and (e). Accordingly, I request a warrant for the arrest of John Dixon. This completes my affidavit.

DET. _____
Dane Tewmey, Detective/Special Deputy
Hillsborough County Sheriff's Office/Federal
Bureau of Investigation ICAC Task Force Officer

Subscribed to and sworn before me
this __7th__ day of August, 2019

_____
SEAN P. FLYNN
Unite States Magistrate Judge

10